# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr191

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| FREDERICK L. ENGLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's motion for expeditious sentencing. In support of the motion, defendant states that he is 71 years old and has had significant medical care issues during incarceration since being taken into custody; that objections to the presentence report have been submitted by the parties; and that the matter is ready for sentencing. Counsel for defendant has informed the court that the government consents to the motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the motion for expedited sentencing (#19) is **GRANTED,** and the Clerk of Court is ordered to place this matter on the sentencing calendar at the earliest possible date beginning September 13, 2011.

Signed: September 2, 2011

Max O. Cogburn Jr.
United States District Judge